No. 404, October Term, 1945. DAVIS v. UNITED STATES (328 U. S. 582); and

No. 489, October Term, 1945. ZAP v. UNITED STATES (328 U. S. 624). October 21, 1946. THE CHIEF JUSTICE and MR. JUSTICE JACKSON took no part in the consideration or decision of these applications.

No. 625, October Term, 1945. HUST v. MOORE-MC-CORMACK LINES, INC. See *ante*, p. 674.

No. 132. UNITED STATES EX REL. RUSSO v. NIERST-HEIMER, WARDEN. October 21, 1946.

No. 505. DE LA ROI v. CALIFORNIA. October 24, 1946. Motion for stay of execution and petition for rehearing denied. MR. JUSTICE MURPHY took no part in the consideration or decision of these applications.

No. 278, October Term, 1945. RECONSTRUCTION FI-NANCE CORP. ET AL. v. DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL. (328 U. S. 495);

No. 279, October Term, 1945. RECONSTRUCTION FI-NANCE CORP. ET AL. v. DENVER & SALT LAKE WESTERN RAILROAD CO. ET AL. (328 U. S. 495);

No. 280, October Term, 1945. RECONSTRUCTION FI-NANCE CORP. ET AL. v. CITY BANK FARMERS TRUST CO., TRUSTEE, ET AL. (328 U. S. 495);

No. 281, October Term, 1945. RECONSTRUCTION FI-NANCE CORP. ET AL. v. DENVER & RIO GRANDE WESTERN RAILROAD CO. ET AL. (328 U. S. 495);